# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re:  CASE NO.:

JAMES E. BATHURST
Debtor(s)

___XX___ **Chapter 13 Plan**  _____ **Amended Chapter 13 Plan**

    COMES NOW, the Debtor(s) and files this Chapter 13 Plan. The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

## PLAN PAYMENTS

| Payment Number by months | Amount of Monthly Plan payment |
|---|---|
| 1- 36 | $ 1647.00 |
| 37-60 | $ 1434.00 |

    The Debtor(s)(s) shall pay by **money order**, **cashier's check** or **wage deduction**, to Douglas W. Neway, Chapter 13 Standing Trustee, P.O. Box 2079, Memphis, Tennessee 38101-2079. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

## PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| N/A | | | |

**Priority Claims**

The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| N/A | | | |

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| SANTANDAR CONSUMER | $5000 | 149.85 | 1-36 |

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| N/A | | | |

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| N/A | | | |

**Property to Be Surrendered:**

Creditor Name:                                    Property Address:

** 5663 GREENLAND ROAD, UNIT 109, JACKSONVILLE, FL 32258

Valuation of Security:

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| SANTANDER CONSUMER | $5000 | $149.85 | 1-36 |

**PAYMENT BASED ON 5% INTEREST OF BLUE BOOK VALUE**

Executory Contracts:

**The following Executory Contracts are assumed**

| Name of Creditor: | Description of Collateral: | Month Numbers: |
|---|---|---|

N/A

**The following Executory Contracts are rejected:**

Name of Creditor:                    Description of Collateral:

N/A

**Liens to by Avoided pursuant to 11 U.S.C. Section 522(f):**

N/A

**Unsecured Creditors:** whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage: **100%**

Property of the Estate revests in the Debtor(s) upon confirmation of the plan, OR upon completion of all plan payments and the discharge of Debtor(s).

**Other Provisions:** (Bold and in larger font)

1. BAC Home Loans Servicing, L.P. is the lender for the property located at 5663 Greenland Road, Unit 109, Jacksonville, FL 32258 that is being surrendered, therefore no payments are included in this plan.
2. Cottages at Greenland Condominium Assoc.; property located at 5663 Greenland Road, Unit 109, Jacksonville, FL 32258 is being surrendered therefore no secured payments for this claim are included in the plan.
3. Everhome Mortgage has a first mortgage on the property located at 12465 Hatton Chase Lane West, Jacksonville, FL 32258. The payments are current and will be paid outside of the plan.
4. Vystar Credit Union has a second mortgage on the property located at 12465 Hatton Chase Lane West, Jacksonville, FL 32258. The payments are current and will be paid outside of the plan.
5. Any claims filed after the claims deadline shall receive no distribution under this Plan unless specifically provided for above. This shall not apply to claims filed by the Debtors.
6. The Debtors reserve the right to object to claims or move to value claims after the confirmation of this Plant, whether the claims are filed before or after the confirmation of this Plan.
7. Confirmation of the plan shall impose an affirmative duty on the holders and/or the servicers of any claims secured by liens, mortgages and/or deeds of trust on the principal residence of the Debtors to do all of the following:

(a) To apply the payments received from the trustee on the prepetition arrearages, if any, only to such arrearages. For purposes of this plan, the "prepetition" arrears shall include all sums included in the "allowed" proof of claim and shall have a "0" balance upon entry of the Discharge Order in this case.

(b) To deem the prepetition arrearages as contractually current upon confirmation of the plan, thereby precluding the imposition of late payment charges or other default-related fees and services based solely on the prepetition default or defaults.

(c) To apply the direct post-petition monthly mortgage payments paid by the trustee or by the Debtors to the month in which each payment was designated to be made under the plan or directly by the Debtors, whether or not such payments are immediately applied by the creditor to the outstanding loan balance or are placed into some type of suspense, forbearance or similar account.

8. Any post petition costs or expenses incurred by or on behalf of any secured creditor will be discharged upon the Debtor's completion of the plan unless specifically provided for in this order, or by further order of Court on motion filed prior to completion of the plan.

# CERTIFICATE OF SERVICE

I/We hereby certify that a true and correct copy of this Amended Chapter 13 Plan of Debtor(s) was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this 31st day of March, 2011.

/s/ **James E. Bathurst**
James E. Bathurst
Debtor(s)

/s/ **Robert L. Peters**
Robert L. Peters, Bar #996157
Attorney for Debtor
1054 Kings Avenue
Jacksonville, FL 32207
(904) 491-1083 phone
(904) 328-3766 fax